IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MORTGAGE NOW, INC.,
    Plaintiff,

v.                               CASE NO.: 3:09cv80/MCR/MD

BRYAN STONE, et al.,
    Defendants.
_____

**O R D E R**

    This cause is before the court upon plaintiff's motion to quash the duces tecum portion of the deposition notice of James Marchese (doc. 157). Before the court rules on this matter, any party wishing to respond shall have the opportunity to do so.

    Accordingly, it is ORDERED:

    Any party wishing to respond to plaintiff's motion shall do so on or before 12:00 noon, CST, on January 15, 2010 by electronic filing.

    DONE AND ORDERED this 12th day of January, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**