IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MORTGAGE NOW, INC.,
    Plaintiff,

v.        CASE NO.: 3:09cv80/MCR/MD

BRYAN STONE, PHILIP HEPPDING,
AND GUARANTEED HOME MORTGAGE
CORPORATION,
    Defendants.

## **O R D E R**

This cause is before the court upon plaintiff's request to present witness testimony at the oral argument (doc. 292). Before the court rules on this matter, defendants shall have the opportunity to respond.

Accordingly, it is ORDERED:

Defendants shall respond to plaintiff's motion on or before September 15, 2010 by electronic filing**.**

DONE AND ORDERED this 10th day of September, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**