UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MORTGAGE NOW, INC.,**

    **Plaintiff,**

v.    Case No. 3:09cv80/MCR/CJK

**BRYAN STONE, PHILIP HEPPDING,
AND GUARANTEED HOME
MORTGAGE COMPANY, INC.,**

    **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 20, 2014 (doc. 518). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, the Court finds that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Mortgage Now, Inc.'s motion for attorneys' fees and costs (doc. 496) is **GRANTED**.

3. Guaranteed Home Mortgage Company, Inc.'s motion to modify the Clerk's taxation of costs (doc. 507) is **DENIED**.

     4.  Mortgage Now, Inc.'s motion for an extension of time to file its bill of costs (doc. 508) is **GRANTED**.

     5.  Mortgage Now, Inc. shall have fourteen (14) days from the date of this Order in which to submit any additional support for its claims for attorneys' fees and costs, as required by Local Rule 54.1.

     **DONE and ORDERED** this 23rd day of July, 2014.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**