UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MORTGAGE NOW, INC.,

    Plaintiff,

v.        Case No. 3:09cv80/MCR/CJK

BRYAN STONE, PHILIP HEPPDING,
AND GUARANTEED HOME MORTGAGE
COMPANY, INC.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 28, 2015. (Doc. 526). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, the Court hereby **ORDERS** and **ADJUDGES** as follows:

1. Plaintiff Mortgage Now, Inc.'s Motion Nunc Pro Tunc to File Attorneys' Fees Between October 2013 and January 2014 Pursuant to Local Rule 54.1 (doc. 519) is GRANTED.

2. Plaintiff Mortgage Now, Inc. is awarded $165,531.00 in attorneys' fees pursuant to Fla. Stat. § 768.79.

3. Plaintiff Mortgage Now, Inc. is awarded no costs.

**DONE AND ORDERED** this 27th day of February, 2015.

    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS**
    **CHIEF UNITED STATES DISTRICT JUDGE**