UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MORTGAGE NOW, INC.,**

    Plaintiff,

v.                                            Case No. 3:09cv80/MCR/CJK

**BRYAN STONE, PHILIP HEPPDING,
AND GUARANTEED HOME MORTGAGE
COMPANY, INC.,**

    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 10, 2015. (Doc. 530). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, the Court hereby **ORDERS** and **ADJUDGES** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff Mortgage Now, Inc. is awarded $21,660.00 in attorneys' fees incurred between October 2013 and January 2014 pursuant to Fla. Stat. § 768.79.

    **DONE AND ORDERED** this 13th day of April, 2015.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**